333 A.2d 476
COMMONWEALTH of Pennsylvania, Appellee.

v.

Albert LeRoy McCOWIN, Appellant.

Supreme Court of Pennsylvania.

Submitted May 21, 1973.

Decided March 18, 1975.

Blake E. Martin, Franklin County, Chambersburg, for appellant.

Edwin D. Strite, Jr., First Asst. Dist. Atty., Franklin County, Chambersburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER OF THE COURT

PER CURIAM.

Order affirmed.